# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BILLY HARBISON, JR.,**

        **Plaintiff,**

-vs-                                                                  Case No. 6:04-cv-859-Orl-KRS

**PROPERTY ASSET MANAGEMENT, LLC,**
**STEVEN D. IRA,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS DEFENDANT STEVEN D. IRA FROM CASE WITH PREJUDICE (Doc. No. 24)**
>
> **FILED:**      **June 9, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The above-referenced filing purports to be a joint stipulation of dismissal of the plaintiff's claims with respect to Defendant Steven D. Ira. However, while it appears to have been prepared with the intention that attorneys representing both the plaintiff and the defendants would sign it, only the signature of M. Susan Sacco, attorney for Defendants Ira and Property Asset Management, LLC, appears on the motion. Therefore, the motion is denied without prejudice to refiling it on or before June 24, 2005, with appropriate signatures.

**DONE** and **ORDERED** in Orlando, Florida on June 10, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties