# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BILLY HARBISON, JR.,**

       **Plaintiff,**

-vs-                                                **Case No. 6:04-cv-859-Orl-KRS**

**PROPERTY ASSET MANAGEMENT, LLC, STEVEN D. IRA,**

       **Defendants.**

_____

## ORDER

The Court has been advised by the parties that the above-styled action has been completely settled. On July 19, 2005, in accordance with the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, I held a hearing to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). Based upon the information proffered by counsel at the hearing, I conclude that the settlement was a reasonable compromise of issues actually in dispute. Accordingly, the settlement agreement is approved.

The Clerk of Court is directed to enter a final judgment dismissing the case with prejudice, pursuant to the agreement of the parties. The file may be reopened, if necessary, to enter this Order and the final judgment, but it should thereafter be closed.

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2005.

                                                          *Karla R. Spaulding*
                                                   KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties